UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TRAVIS LEROY PILGREEN<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-113 |
| | § | |
| LORIE DAVIS, DIRECTOR, TEXAS<br>DEPARTMENT OF CRIMINAL<br>JUSTICE, CORECTIONAL<br>INSTITUTIONS DIVISION<br>    Respondent. | §<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Travis Leroy Pilgreen's action pursuant to 28 U.S.C. § 2254. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Scott Hacker's Report and Recommendation entered as Docket Entry No. 6 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 should be **DISMISSED** without prejudice, and the civil case be closed.

The Clerk shall send a copy of this Order to the Petitioner and counsel for Respondent.

SO ORDERED this 3rd day of April, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge